

# NUMBER 13-18-00198-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE DHM HOSPITALITY, LLC, HASMUKH PATEL, AND DIPAK AMTHABHAI

## On Emergency Motion for Stay.

# ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

On April 5, 2018, relators DHM Hospitality, LLC, Hasmukh Patel, and Dipak Amthabhai filed an emergency motion for stay pending a ruling on their petition for writ of mandamus which challenges the appointment of a special master for discovery matters. Relators seek to stay the trial court proceedings in the 117th District Court of Nueces County, Texas.

The Court requests that real parties in interest Vinod Shah, Pravin Surti, Vipoo Hospitality, LLC, and Vbros Chateau, LLC, file a response to relators' petition for writ of

mandamus within ten days of the date of this order.[1]  In the interim, the Court, having examined and fully considered the motion for emergency stay, is of the opinion that it should be granted.  The motion is hereby GRANTED and the trial court proceedings, including the order to produce personal financial documents April 5, 2018 and the order of fiat requiring relators and their counsel to personally appear before the trial court on April 13, 2018 are STAYED until further order of this Court, or resolution of the mandamus proceeding.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
5th day of April, 2018.

---

[1] The respondent in the original proceeding is the Honorable Sandra Watts.  *See generally* TEX. R. APP. P. 52.2.